1
2
3
4
5
6
7

8              UNITED STATES DISTRICT COURT

9           FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    CAMEO L. GARRETT,                    No. 2:21-cv-1658-EFB P

12              Plaintiff,

13         v.                              ORDER

14    DAWN HARMAN, et al.,

15              Defendants.

16

17         Plaintiff is a county jail inmate proceeding without counsel in an action brought under 42

18    U.S.C. § 1983.  To proceed with a civil action a plaintiff must pay the $402 filing fee required by

19    28 U.S.C. § 1914(a) or request leave to proceed in forma pauperis and submit the affidavit and

20    trust account statement required by 28 U.S.C. § 1915(a).  Plaintiff has neither paid the fee nor

21    submitted an application for leave to proceed in forma pauperis.

22         If plaintiff wishes to proceed, he must submit either the filing fee or the application

23    required by § 1915(a) within 30 days from the date of service of this order.  The Clerk of the

24    Court is directed to mail to plaintiff a form application for leave to proceed in forma pauperis.

25    Failure to comply with this order may result in the dismissal of this action.

26         So ordered.

27    Dated:  September 16, 2021.

28                                         EDMUND F. BRENNAN
                                           UNITED STATES MAGISTRATE JUDGE